EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br><br>Ramón L. Nieves Vázquez | 2019 TSPR 195<br><br>203 DPR _____ |

Número del Caso:  TS-9,026


Fecha:  16 de octubre de 2019


Abogado de la parte peticionaria:

        Lcdo. Wilfredo Luciano Quiñones



Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ramón L. Nieves Vázquez

TS-9,026

RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de octubre de 2019.

Examinada la *Moción* presentada por el peticionario, se reinstala al señor Ramón L. Nieves Vázquez al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Jose Ignacio Campos Pérez
Secretario del Tribunal Supremo